USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-23-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN HOLT HENDERSON,

                Plaintiff,

    - against -

EL SOL CONTRACTING & CONSTRUCTION CO.,

                Defendant.

ORDER

09 Civ. 2634 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following an initial conference on November 19, 2009,

**IT IS HEREBY ORDERED THAT** all discovery in this case shall be completed on

**January 29, 2010**.

**SO ORDERED this 23rd day of November 2009**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge